UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DONALD MELLWIG and ROSEMARIE MELLWIG, H/W, | : | Hon. Joseph H. Rodriguez |
| Plaintiffs, | : | Civil Action No. 14-cv-4698 |
| v. | : | |
| BELLEPLAIN EMERGENCY CORP. and ANDREW R. WHATELEY, | : | MEMORANDUM OPINION |
| Defendants. | : | |

This matter having come before the Court on Plaintiffs' proposed forms of Judgment to include prejudgment interest which the Court construes as a Motion to Alter or Amend Judgment pursuant to Federal Rule of Civil Procedure 59(e); and

The Court having considered the Plaintiffs' submissions and the Defendants' letter in opposition without oral argument pursuant to Federal Rule of Civil Procedure 78(b); and

The Court finding that New Jersey state law governs the issue of prejudgment interest in this tort case;

Specifically, New Jersey Court Rule 4:42–11(a)(ii) establishes 0.25% or the rate of return of the New Jersey Cash Management Fund, whichever is higher, as the appropriate prejudgment interest rate for judgments not exceeding $15,000, the monetary limit of the Special Civil Part. For

judgments greater than $15,000, Rule 4:42–11(a)(iii) adds two percentage points to the rate. The New Jersey Cash Management Fund returned less than 0.25% for 2014 and 2015, and 0.31% for 2016. See Rates of Return, Division of Investment, State of New Jersey Department of the Treasury, http://www.nj.gov/treasury/doinvest/cash3.shtml (last visited January 5, 2016);

As such, the applicable prejudgment interest rate for this case under Rule 4:42–11 would be 2.25% for 2014 and 2015 and 2.31% for 2016.

Accordingly, the Court finds that for the period of prejudgment interest from July 28, 2014, the date of institution of this action, the calculation for Donald Mellwig is:

|           | 2014     | 2015     | 2016     |
|-----------|----------|----------|----------|
| Rate:     | 2.25%    | 2.25%    | 2.31%    |
| Days:     | 157      | 365      | 321      |
| Per Diem: | $ 1.23   | $ 1.23   | $ 1.27   |
| Total:    | $ 193.11 | $ 448.95 | $ 407.67 |

The Court further finds that the calculation for Rosemarie Mellwig is:

|           | 2014     | 2015      | 2016      |
|-----------|----------|-----------|-----------|
| Rate:     | 2.25%    | 2.25%     | 2.31%     |
| Days:     | 157      | 365       | 321       |
| Per Diem: | $ 3.08   | $ 3.08    | $ 3.16    |
| Total:    | $ 483.56 | $ 1124.20 | $ 1014.36 |

Amended Judgments will be filed to reflect these calculations.

Dated: January 5, 2017

_____
JOSEPH H. RODRIGUEZ
U.S.D.J.